In re DAVIS' WILL. (Supreme Court, Appellate Division, Third Department. June 29, 1905.) In the matter of the probate of the last will and testament of Jane Davis, deceased.

PER CURIAM. Motion granted, and the following question certified: Should an administrator of the estate of a deceased person, appointed by a foreign state under a claim that the decedent died intestate, be allowed to intervene in a proceeding for the probate of the alleged last will and testament of the said decedent pending in the courts of this state, and to oppose such probate?

DEANE, Respondent, v. SIRE, Appellant, et al. (Supreme Court, Appellate Term. June 22, 1905.) Action by Sydney Deane against Leander S. Sire, impleaded, etc. From a judgment of the City Court in favor of plaintiff, defendants appeal. Affirmed. William L. Stone, Jr., for appellant. Maxwell C. Katz, for respondent.

PER CURIAM. It does not appear that the verdict was against the weight of evidence. The arbitration clause did not constitute a condition precedent (Seward v. City of Rochester, 109 N. Y. 164, 16 N. E. 348), and there is no exception to a ruling that may have prejudiced the defendant. Hence the judgment and order will be affirmed. Judgment affirmed, with costs.

DE GRANDMONT v. INTERURBAN ST. R. CO. (Supreme Court, Appellate Division, First Department. June 9, 1905.) Action by Jules De Grandmont against the Interurban Street Railway Company. No opinion. Motion denied, with $10 costs.

DELAHUNTY, Respondent, v. CANFIELD, Appellant. (Supreme Court, Appellate Division, First Department. July 7, 1905.) Action by John Delahunty against Richard A. Canfield. T. J. Keenan, for appellant. S. Hanford, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

DELANEY, Respondent, v. FLOOD, Appellant. (Supreme Court, Appellate Division, First Department. June 9, 1905.) Action by Timothy J. Delaney against John J. Flood. T. Farley, for appellant. No opinion. Order affirmed, with $10 costs and disbursements. See 91 N. Y. Supp. 672.

DELANEY v. FLOOD. (Supreme Court, Appellate Division, First Department. June 26, 1905.) Action by Timothy J. Delaney against John F. Flood, individually. No opinion. Motion granted. Question to be certified on settlement of order.

In re DELANO'S ESTATE. (Supreme Court, Appellate Division, First Department. June 9, 1905.) In the matter of Laura A. Delano's estate. No opinion. Order affirmed, with $10 costs and disbursements. See 81 N. Y. Supp. 762.

DEL CAMPIGLIO, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Term. June 22, 1905.) Appeal from Municipal Court, Borough of Manhattan, Tenth District. Action by Lottie Del Campiglio against the New York Central & Hudson River Railroad Company. Judgment for plaintiff, and defendant appeals. Affirmed. Charles C. Paulding (Robert A. Kutschbock, of counsel), for appellant. James J. Fitz Gerald, for respondent.

PER CURIAM. While it is true that the court, in addressing defendant's counsel in answer to his motion to dismiss, made some observation as to what he would do and as to what the law was, yet in charging the jury he stated the law applicable to the case correctly. As upon the whole case it seems that justice has been done, the judgment should be affirmed, with costs.

DODGE, Respondent, v. NEW YORK & N. S. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 29, 1905.) Action by Isabella Dodge against the New York & North Shore Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

DOMMERICH, Respondent, v. KESSLER, Appellant, et al. (Supreme Court, Appellate Division, First Department. June 16, 1905.) Action by Louis F. Dommerich against Samuel Kessler, impleaded. M. D. Steuer, for appellants. A. Blumenstiel, for respondent. No opinion. Reargument ordered.

DRESSNER, Respondent, v. DRESSNER, Appellant (three cases). (Supreme Court, Appellate Division, Second Department. June 9, 1905.) Actions by Henrietta Dressner against Daniel Dressner, by Flora Dressner against Daniel Dressner, and by Flora Dressner against Henry T. Dressner. No opinion. We think the true construction of the stipulation is that there was to be only one bill of costs in these cases. Motion to resettle order denied.

DRESSNER, Respondent, v. DRESSNER, Appellant (three cases). (Supreme Court, Appellate Division, Second Department. June 29, 1905.) Actions by Henrietta Dressner against Daniel Dressner, by Flora Dressner against Daniel Dressner, and by Flora Dressner against Henry T. Dressner. No opinion. Decision slip corrected, so as to state that the motion for resettlement of the order is granted.

DROMS v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, Third Department. June 29, 1905.) Action by Christopher F. Droms against the New York Central & Hudson River Railroad Company. No opinion. Motion denied, with $10 costs.

DROMS, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Third Department. June 29, 1905.) Action by Christopher F. Droms against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.